FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 NOV -4 AM 10: 32

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

RAIPHAEL B. WILLIAMS, )
)
   Movant, )
)
v. ) Case No.   CV410-238
)                   CR406-128
UNITED STATES OF AMERICA, )
)
   Respondent. )

## ORDER

After a careful _de novo_ review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ____ day of _Nov._, 2010.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA