UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.                    4:06-cr-128

RALPHAEL BERNARD WILLIAMS,

Defendant.

## ORDER

Ralphael Bernard Williams moves the Court to void its judgment and resentence him. ECF No. 138. Williams argues that this Court lacked jurisdiction when it entered the sentence. *Id.* at 2. The Government filed a response in opposition to the motion. ECF No. 139. The Court agrees with the Government's analysis.

"The authority of a district court to modify an imprisonment sentence is narrowly limited by statute." *United States v. Phillips*, 597 F.3d 1190, 1194-95 (11th Cir. 2010). 18 U.S.C. § 3582(c) lists the circumstances under which a court may modify a sentence, and Williams's motion does not fall within any of these categories. Therefore, the Court *DENIES* the motion.

The Government also correctly notes that Williams could have brought this challenge as a petition for habeas corpus under 28 U.S.C. § 2255(a). ECF No. 139 at 8. Yet because Williams previously filed a petition under this statute, ECF No. 1, 4:10-cv-238, he must seek certification from the Court of Appeals for a subsequent petition, or this Court will not have jurisdiction. ECF No. 139 at 8 (citing 28 U.S.C. § 2255(h);

*United States v. Holt*, 417 F.3d 1172, 1175 (11th Cir. 2005)).

This /2 day of March 2014.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA