IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. CR 406-128 |
| v. | ) |
| | ) |
| RAIPHAEL WILLIAMS | ) |

O R D E R

The above captioned case filed in the Savannah Division of this Court currently being assigned to the Honorable Dudley H. Bowen,

It is hereby ORDERED that this case be reassigned to the Honorable J. Randal Hall for further plenary disposition.

SO ORDERED, this 16 day of November, 2015.

_____
Lisa Godbey Wood, Chief Judge
United States District Judge
Southern District of Georgia